72 S.Ct. 359

LIBBY, McNEILL AND LIBBY (a corporation), petitioner, v. ALASKA INDUSTRIAL BOARD, composed of the Territorial Insurance Commissioner et al. No. 446.

Supreme Court of the United States.

Jan. 14, 1952. Denied.